FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 1 0 2025

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KEONNA JOHNSON**                                                                                    **PLAINTIFF**

VS.                                          NO. 4:25-cv-571-KGB

**MUHYADIN GEDI and LOADEX LTD CO**                                              **DEFENDANTS**

## DEMAND FOR JURY TRIAL

Defendant, Loadex, Ltd., Co. respectfully demands trial by jury on all issues of fact to be presented herein, pursuant to Fed R. Civ. P. 38.

Respectfully submitted,

**TRACY LAW PLLC**
918 W. 6th Street
Little Rock, Arkansas 72201
501.712.5899
amytracy@tracypllc.com

By: _____
AMY L. TRACY, ABN 2010122

## CERTIFICATE OF SERVICE

      I state that on this 10th day of June, 2025, a true and correct copy of the foregoing leading was served electronically via the Court's electronic case filing system to the following individual(s):

Mr. Lee D. Curry
**DASPIT LAW FIRM, PLLC**
124 W. Capitol Avenue, Suite 1820
Little Rock, Arkansas 72201
lcurry@daspitlaw.com
e-service@daspitlaw.com

_____
AMY L. TRACY