```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                       EASTERN DISTRICT ARKANSAS
```

IN THE UNITED STATES DISTRICT COURT FOR THE   JUN 1 0 2025
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION                              TAMMY H. DOWNS, CLERK
                                              By:_____
                                                            DEP CLERK

**KEONNA JOHNSON**                                                    PLAINTIFF

VS.                        NO. 4:25-cv-571-KGB

**MUHYADIN GEDI and LOADEX LTD CO**                                   DEFENDANTS

## LOADEX LTD CO CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, LoadEx Ltd Co. is a South Carolina Limited Liability Company with a principal place of business in Charleston, South Carolina.

Respectfully submitted,

**TRACY LAW PLLC**
918 W. 6th Street
Little Rock, Arkansas 72201
501.712.5899
amytracy@tracypllc.com

By: _____
AMY L. TRACY, ABN 2010122

## **CERTIFICATE OF SERVICE**

I state that on this 10th day of June, 2025, a true and correct copy of the foregoing leading was served electronically via the Court's electronic case filing system to the following individual(s):

Mr. Lee D. Curry
**DASPIT LAW FIRM, PLLC**
124 W. Capitol Avenue, Suite 1820
Little Rock, Arkansas 72201
lcurry@daspitlaw.com
e-service@daspitlaw.com

_____
AMY L. TRACY