# AFFIDAVIT OF SERVICE

| Case: | Court: IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS CIVIL DIVISION | County: Pulaski | Job: 13410219 (25745-1) |
|---|---|---|---|
| **Plaintiff / Petitioner:** KEONNA JOHNSON | | **Defendant / Respondent:** MUHYADIN GEDI AND LOADEX LTD CO | |
| **Received by:** | | **For:** PROACTIVE LEGAL SOLUTIONS | |
| **To be served upon:** Muhyadin Gedi | | | |

I, Mike Sornberger, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Rukiya Mohamed in apartment number 115., 2923 Maine Prairie Road Apt 104 and 115, St. Cloud, MN 56301
**Manner of Service:** Substitute Service - Abode, May 29, 2025, 3:18 pm CDT
**Documents:** Summons, Complaint and Demand for Jury Trial

**Additional Comments:**
1) Unsuccessful Attempt: May 29, 2025, 3:17 pm CDT at 2923 Maine Prairie Road Apt 104 and 115, St. Cloud, MN 56301
Attempt at home address, no answer at the door of apartment number 104.

2) Successful Attempt: May 29, 2025, 3:18 pm CDT at 2923 Maine Prairie Road Apt 104 and 115, St. Cloud, MN 56301 received by Rukiya Mohamed in apartment number 115.. Age: 60; Ethnicity: African American; Gender: Female; Weight: 180; Height: 5'8"; Hair: Other; Eyes: Brown; Relationship: Mother;

_____   05/29/2025
Mike Sornberger                 Date

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

May 29, 2025
Date

Remington Quackenbush
Notary Public
Minnesota
My Commission Expires January 31, 2029