# UNITED STATES DISTRICT COURT
for the

Easterm District of Arkansas

KEONNA JOHNSON

*Plaintiff*
v.  ) Case No. 4:25-CV-571-KGB
MUHYADIN GEDI and  )
LOADEX LTD CO  )
  )
  )

*Defendant*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT MUHYADIN GEDI

Date: June 19, 2025

J. Carter Fairley, ABN 99068
*Attorney's printed name and bar number*

One Allied Drive, Suite 1600, LR, AR  72202
*Address*

cfairley@barberlawfirm.com
*E-mail address*

(501) 372-6175
*Telephone number*

(888) 412-3288
*FAX number*