IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEONNA JOHNSON                                                                                    PLAINTIFF

Vs.                                          No. 4:25-cv-00571-KGB

MUHYADIN GEDI and
LOADEX LTD CO                                                                                  DEFENDANTS

## JOINT RULE 26(f) REPORT

The parties have conferred and submit the following report as required by Federal Rule of Civil Procedure 26(f) and Local Rule 26.1:

**(1) Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).**

No changes other than the parties agree that mandatory initial disclosures will be made on or before November 14, 2025.

**(2) Date when mandatory disclosures were or will be made.**

The parties agree that mandatory initial disclosures will be made on or before November 14, 2025.

**(3) Subjects on which discovery may be needed.**

    A. Facts of the subject accident and proper parties to litigation;

    B. Injuries and damages caused by subject accident;

    C. Mitigation of said injuries and damages;

    D. Plaintiff's liability theories;

    E. Defendants' defense theories.

**(4) Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.**

(a) <u>Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business.</u>

Yes.

(b) <u>The anticipated scope, cost and time required for disclosure or production of the data beyond what is reasonably available to the parties in the ordinary course of business.</u>

Not applicable.

(c) <u>The format and media agreed to by the parties for the production of such data as well as agreed procedures for such production.</u>

Any data will be produced in paper or PDF form. Parties will meet and confer as necessary if a different form is required.

(d) <u>Whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise.</u>

Yes.

(e) <u>Other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.</u>

None at this time.

**(5) Date by which discovery should be completed.**

April 29, 2026.

**(6) Any needed changes in limitations imposed by Federal Rules of Civil Procedure.**

None expected at this time.

**(7) Any Orders, e.g., protective orders, which should be entered.**

None at this time but the parties anticipate the use of an Agreed Protective Order.

**(8) Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of this action.**

None.

**(9)    Any objections to the proposed trial date.**

None.

**(10)   Proposed deadline for joining other parties and amending the pleadings.**

January 20, 2026.

**(11)   Proposed deadline for completing discovery.**

April 29, 2026.

**(12)   Proposed deadline for filing motions other than motions for class certification.**

May 14, 2026, for dispositive and *Daubert* motions.

June 29, 2026, for motions in limine.

**(13)   Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.**

Not applicable.

 

Respectfully submitted,

J. Carter Fairley (Ark. Bar No. 99068)
BARBER LAW FIRM PLLC
One Allied Drive, Suite 1600
Little Rock, AR 72202
(501) 372-6175
cfairley@barberlawfirm.com

**ATTORNEYS FOR MUHYADIN GEDI**

And

        Amy L. Tracy (Ark. Bar No. 2010122)
        TRACY LAW PLLC
        918 W. 6th Street
        Little Rock, AR 72201
        (501) 712-5899
        amytracy@tracypllc.com

**ATTORNEYS FOR LOADEX LTD CO.**

And

Lee D. Curry (Ark. Bar No. 2014153)
DASPIT LAW FIRM
124 W. Capitol Ave., Ste. 1820
Little Rock, AR  72201
(501-512-0367
lcurry@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**
**KEONNA JOHNSON**