IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEONNA JOHNSON                                                                                   PLAINTIFF

V.                                         CASE NO. 4:25-CV-571-KGB

MUHYADIN GEDI and LOADEX LTD CO                                                DEFENDANTS

## ORDER SUBSTITUTING COUNSEL

     THIS CAUSE comes to be heard on the Plaintiff's Motion to Substitute Counsel. Due notice having been given, and the court being fully advised, IT IS SO ORDERED that Robert Morse, Daspit Law Firm, is hereby substituted as counsel of record for Plaintiff Keonna Johnson in this cause. Lee D. Curry is hereby relieved as counsel for Plaintiff.

     SO ORDERED this _____ day of_____, 2026.

_____
CIRCUIT JUDGE

Prepared by:

Robert Morse
*Attorney for Plaintiff*